McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700



FILED

OCT 2 9 2008



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARIA "PALA" BROSNAN,<br><br>  Defendant. | 08 MJ 386 KJM<br>08-SW 0470 KJM<br><br>APPLICATION FOR UNSEALING ORDER; AND ORDER |

On October 27, 2008, a search warrant, arrest warrant, and criminal complaint were filed in the above-referenced case. Since the search warrant and arrest warrants have been executed, it is no longer necessary for the Search Warrant, Arrest Warrant Criminal Complaint, Applications, Affidavits, and related documents to remain sealed. Thus, the government respectfully requests that they be unsealed.

DATED: October 29, 2008                McGREGOR W. SCOTT
                                       United States Attorney


                                       By /s/ Robin R. Taylor
                                          ROBIN R. TAYLOR
                                          Assistant U.S. Attorney

1

Application for Unsealing Order & Order
Page 2

**ORDER**

SO ORDERED:

DATED: October 29, 2008

HON. KIMBERLY MUELLER
United States Magistrate

2